964

No. 606, Misc. STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 608, Misc. SATERFIELD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 609, Misc. CHERO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 266, Misc. NELSON *v.* OREGON. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George Van Hoomissen* and *Jacob B. Tanzer* for respondent.

No. 379, Misc. WILKINS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Fred Blanton, Jr.,* for petitioners. *Solicitor General Marshall, Assistant Attorney General Doar, Louis F. Claiborne* and *David L. Norman* for the United States.

No. 169. KITCHEN *v.* REESE ET AL., *ante,* p. 850;
No. 287. ABBOUD *v.* NEBRASKA, *ante,* p. 848;
No. 362. NIEDZIEJKO ET AL. *v.* BOARD OF FIRE AND POLICE COMMISSIONERS OF THE CITY OF MILWAUKEE, *ante,* p. 848;
No. 185, Misc. PECK *v.* TORONTO ET AL., *ante,* p. 868;
No. 331, Misc. OLSHEN *v.* McMANN, WARDEN, *ante,* p. 874;
No. 372, Misc. LEE *v.* CALIFORNIA, *ante,* p. 876; and
No. 378, Misc. CAREY *v.* GEORGE WASHINGTON UNIVERSITY, *ante,* p. 877. Petitions for rehearing denied.